UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN ELLIS, ROSEANN ARANDA, ANGELA CULPEPPER, and LLOYD JOLY, Individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL / TELEPHONE COMPANY d/b/a AT&T OPERATIONS, INC., AT&T ENTERPRISES SERVICES, INC., AT&T CORP., and Does 1 through 100, inclusive,<br><br>Defendant. | Case No.: SACV11-00627 CJC (FFMx)<br><br>**JUDGMENT AND FINAL ORDER APPROVING SETTLEMENT OF CLASS ACTION AND CLASS REPRESENTATIVE SERVICE AWARDS**<br><br>Date:   May 6, 2013<br>Time:   1:30 p.m.<br>Dept:   9B<br>Judge:  Hon. Cormac J. Carney |

The parties to this Litigation reached a proposed settlement, as set forth in their Stipulation and Agreement to Settle Class Action ("Settlement Agreement"), and Plaintiffs filed a Motion for Preliminary Approval on November 30, 2012. On January 3, 2013, the Court granted preliminary approval.

Thereafter, a Notice of Class Action Settlement and Final Fairness and Approval Hearing was sent to the Settlement Class Members in accordance with the terms of the Settlement Agreement. Settlement Class Members were afforded the opportunity to submit a Claim Form or to exclude themselves or object to the Settlement.

///

The Court, having considered all applicable law, and having been advised that no objections were made to the proposed Settlement, finds that the Settlement should be approved in its entirety and that there is no just reason for delay of the entry of this Final Order Approving Class Action Settlement. The Final Order adopts and incorporates the Settlement Agreement, the terms defined therein, and all exhibits thereto.

**NOW, THEREFORE, IT IS HEREBY FINALLY ADJUDGED AND ORDERED THAT:**

1. The Parties' Settlement Agreement is in all respects fair, reasonable and adequate, and it is hereby approved and incorporated herein as set forth in the Settlement Agreement.

2. The Parties to the Settlement Agreement shall implement the Settlement Agreement according to its terms.

3. This Judgment and Final Order shall have a res judicata effect and bar each Plaintiff and each Settlement Class Member who has not been excluded from the Settlement Class and who has submitted a valid and timely Claim Form or Opt-In Claim Form from bringing any action asserting "Released Claims" as the term is defined in the Settlement Agreement.

4. Payment of $20,000 will be made as penalties authorized by the Private Attorney General Act, of which $15,000 will be paid directly to the California Labor and Workforce Development Agency.

5. Payment of Service Awards of $10,000 will be made to each named Plaintiff, as set forth in the Settlement Agreement.

4. This Order shall incorporate herein the Order Granting Plaintiffs' Motion for Final Approval of Class Counsels' Attorney's Fees and Costs (submitted to this Court on April 2, 2013).

///

///

///

5. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

6. The Clerk of the Court shall enter judgment in accordance with this Order.

**IT IS SO ORDERED:**

Dated: May 6. 2013

Hon. Cormac J. Carney
Judge of the United States District Court